| | |
|---|---|
| CARL DUNCAN, JR.<br>8408 Quailwood Lane<br>Pasadena, Maryland 21122<br><br>and<br><br>SANDRA DUNCAN<br>8408 Quailwood Lane<br>Pasadena, Maryland 21122<br><br>Plaintiffs<br><br>vs.<br><br>GULF STREAM COACH, INC.<br>P.O. Box 1005<br>Nappanee, Indiana 465550<br><br><u>Serve On Resident Agent</u>:<br><br>Christopher A. Hansen<br>409 Washington Avenue<br>Suite 1012<br>Towson, MD 21204<br><br>Defendant | IN THE<br><br>CIRCUIT COURT<br><br>FOR<br><br>ANNE ARUNDEL COUNTY<br><br><br><br>Case No.: C02-85503cn |

\* \* \* \* \*

## COMPLAINT

Carl Duncan, Jr. and Sandra Duncan, his wife, Plaintiffs, by their attorneys, Jeffrey N. Pritzker and Margolis, Pritzker & Epstein, P.A., file this Complaint against Gulf Stream Coach, Inc. and states as follows:

### THE PARTIES

1.  Carl Duncan, Jr. and Sandra Duncan, his wife, are individuals residing in Pasadena, Anne Arundel County, Maryland. They are the purchasers of a 1999 Gulf Stream Tourmaster recreation vehicle purchased by them in May, 2000.