# GULF STREAM COACH, INC.
## LIMITED WARRANTY
IN THE UNITED STATES AND CANADA

### 1. WHAT IS COVERED
Your new recreational vehicle has a limited warranty by Gulf Stream Coach, Inc. ("Gulf Stream") to the original purchaser as follows:

a) A two (2) year or 24,000 miles of use warranty (whichever comes first) against structural defects in floors, walls and roof.
b) A full one (1) year or 12,000 mile total use warranty (whichever comes first) under normal use against defects in materials and/or workmanship in the construction of the vehicle and its original components.

The warranty coverage starts on the date the original retail purchaser takes possession of such recreational vehicle. This Limited Warranty covers only those defects which occur or exist within the period or periods referenced above and which are specifically identified to Gulf Stream Coach, Inc. in the manner specified in Section 3 of this Limited Warranty. All obligations of Gulf Stream pursuant to this Limited Warranty are limited to replacing or repairing the defective part or component.

This Limited Warranty is expressly IN LIEU of any other express warranty and is further IN LIEU of any implied warranty, including, but not limited to, any implied WARRANTY OF MERCHANTABILITY or FITNESS for a particular purpose except as may otherwise be required by applicable valid Federal or State law at time of manufacture.

### 2. WHAT ARE THE DEALER'S OBLIGATIONS
The independent Gulf Stream dealer, by agreement with Gulf Stream, will maintain the recreational vehicle until retail sold; will perform a comprehensive pre-delivery check procedure and inspection; will repair or replace any identified defective parts; will correct identified defects in workmanship; will present the retail owner with a copy of this warranty prior to the retail owner's entering into any written contract to purchase a recreational vehicle; and will mail to Gulf Stream a warranty registration notice and the signed Limited Warranty.

### 3. WHAT ARE THE RETAIL OWNER'S OBLIGATIONS
The retail owner is responsible for the normal maintenance as described in the Owner's Manual; however, minor adjustments (such as adjustments to the interior or exterior doors, LP regulator pressure, cabinet latches, TV antenna control, etc.) will be performed by the dealer during the first 90 days of warranty coverage. Thereafter, such adjustments are the responsibility of the owner as normal maintenance unless required as a direct result of repair or replacement of a defective part under this Limited Warranty.

If a problem occurs which the owner thinks is covered by this Limited Warranty, the owner is responsible to contact Gulf Stream Coach, Inc. by certified mail, return receipt requested, giving specific notice of the problem(s) being experienced with the recreational vehicle. Such notice must be sent to the Director of Service, Gulf Stream Coach, Inc., P.O. Box 1005, Nappanee, Indiana 46550. Gulf Stream will arrange for repair or replacement of parts or workmanship identified as defective by Gulf Stream. The owner is advised that he/she must notify Gulf Stream of any items believed to require warranty service. Gulf Stream reserves the right to cure all warranty claims. Service work conducted by any party not specifically authorized by Gulf Stream to undertake such work is specifically not covered by this Limited Warranty and WILL VOID THIS LIMITED WARRANTY.

The owner agrees to maintain all evidence of any defect or damage through the ultimate resolution of any claim and make such evidence available to Manufacturer and further agrees that the failure to preserve evidence will result in loss of the claim.

The owner, at his expense, will deliver the recreational vehicle to the dealer or authorized repair location or manufacturing plant for warranty service as designated.

### 4. WHAT IS NOT COVERED BY EXPRESS WARRANTY
- THIS LIMITED WARRANTY DOES NOT COVER RETAIL SOLD UNITS FOR WHICH GULF STREAM HAS NOT RECEIVED THE GULF STREAM COACH, INC. WARRANTY REGISTRATION NOTICE
- THE AUTOMOTIVE SYSTEM (INCLUDING THE CHASSIS AND DRIVE TRAIN AND ANY PART OF THAT CHASSIS ASSEMBLED BY THE CHASSIS MANUFACTURER), TIRES, BATTERIES, AUXILIARY GENERATOR, POWER PLANTS WHICH ARE COVERED BY THE RESPECTIVE MANUFACTURERS OF THESE COMPONENTS.
- FAILURE WHICH MAY BE CAUSED BY, OR, RELATED TO ABUSE, MISUSE, NEGLIGENCE, OR ACCIDENT, FAILURE WHICH MAY BE RELATED TO ALTERATION OR MODIFICATION, FAILURE AS A RESULT OF NOT FOLLOWING INSTRUCTIONS CONTAINED IN THE OWNER'S MANUAL.
- NORMAL DETERIORATION DUE TO WEAR OR EXPOSURE, SUCH AS FADING OF FABRICS OR DRAPES, CARPET WEAR, EXTERIOR SURFACES, ETC.
- MAINTENANCE ITEMS: SUCH AS LIGHT BULBS, FUSES, WIPER BLADES, LUBRICANTS, MINOR ADJUSTMENTS.
- USE OF THE RECREATIONAL VEHICLE FOR ANY COMMERCIAL OR RENTAL PURPOSE VOIDS THE WARRANTY FROM THE TIME THAT THE VEHICLE IS FIRST USED FOR A COMMERCIAL OR RENTAL PURPOSE AND AT ALL TIMES THEREAFTER.
- MOTOR HOMES ON WHICH THE ODOMETER READING HAS BEEN ALTERED.
- TRANSPORTATION TO AND FROM DEALER, OR MANUFACTURING PLANT LOCATION, AND CONSEQUENTIAL AND INCIDENTAL EXPENSE SUCH AS, BUT NOT LIMITED TO, LOSS OF TIME, COMMERCIAL LOSS, LOSS OF USE, TOWING CHARGES, LODGING, FOOD, PHONE CALLS, INCONVENIENCE, BUS OR PLANE FARES, OR RENTAL CHARGES.
- ANY DEFECTS OR SHORTAGES READILY APPARENT ON DELIVERY TO THE INITIAL RETAIL PURCHASER UNLESS NOTED ON DELIVERY SHEET COMPLETED BY THE DRIVER TRANSPORTING THE RECREATIONAL VEHICLE TO THE INDEPENDENT DEALER.
- ANY COMPONENT PART WHICH POSSESSES ITS OWN WARRANTY FROM A PARTY OTHER THAN GULF STREAM.

### 5. IMPORTANT FACTS
- Please inspect your recreational vehicle at the time of delivery and make sure you accept it as delivered to you. This recreational vehicle has been sold to an independent dealer, and not as agent of Gulf Stream, for resale in the ordinary course of the dealer's business, on terms and conditions and equipped as he and you determine, and your agreement is solely with the dealer, not Gulf Stream. Gulf Stream does not participate in retail sales or retail contracts in any instance, other than by terms of this Limited Warranty.
- Gulf Stream reserves the unrestricted right at any time and from time to time to make changes in the design of and/or improvements upon its product without thereby imposing any obligation upon itself to make corresponding changes or improvements in or upon its products already manufactured. Gulf Stream further reserves the right to substitute parts or components of substantially equal quality in any warranty service required by operation of this Limited Warranty.
- Like any other product, a recreational vehicle and the products installed in it will require care and maintenance attention by the owner and occupants. Please read and follow all care and maintenance manuals and instructions supplied with your recreational vehicle.

### 6. JURISDICTION AND APPLICABLE LAW
Exclusive jurisdiction for deciding any claims, demands or causes of action for defects or representations of any nature or damages due from such defects or representations shall be in the courts in the State of Manufacture. The laws applicable to any litigation, dispute, mediation, arbitration or any claim whatsoever arising, from the sale, purchase, or use of the recreational vehicle shall be those of the State of Manufacture.

### 7. ARBITRATION - MEDIATION
At the option of Gulf Stream, any dispute concerning a manufacturing defect shall be subject to mediation or arbitration conducted in the State of Manufacture. In the case of arbitration, the arbitrator shall be selected from the American Arbitration Association (AAA).

Gulf Stream Coach, Inc. is not responsible for any representation or warranty that is not herein stated. Some states do not allow the exclusion or limitation of incidental or consequential damages.

This warranty gives you specific legal rights and you may also have other rights that may vary from state to state.

I HEREBY ACKNOWLEDGE THAT I HAVE READ AND RECEIVED A COPY OF THE ABOVE WARRANTY FOR GULF STREAM COACH PRIOR TO ENTERING INTO ANY CONTRACT TO PURCHASE MY GULF STREAM RECREATIONAL VEHICLE AND AGREE TO ABIDE BY ALL OF ITS TERMS AND PROVISIONS INCLUDING, BUT NOT LIMITED TO, THE PROVISIONS HEREOF PROVIDING THAT THE EXCLUSIVE JURISDICTION FOR ANY CLAIMS WHATSOEVER SHALL BE IN THE COURTS IN THE STATE OF MANUFACTURE AND THAT THE APPLICABLE LAW SHALL BE THE LAW OF THE STATE OF MANUFACTURE.

MODEL _5S-9-4-8430-TM-2990_

DATE _5-6-00_

SERIAL NUMBER _4VZAT1799XC02__

SIGN _Carl Duncan_

SIGN _[signature]_

GULF STREAM COPY

(OVER)

Effective December 1997

8430 TOUCHMASTER