Authorized dealers are independent contractors and independently owned businesses. This is also true of the authorized chassis service dealers.

Gulf Stream Coach, Inc. desires that you have full enjoyment of your new Gulf Stream recreational vehicle. If for any reason your vehicle is out of service and cannot be used because of a manufacturing or chassis defect for a cumulative total of seven (7) days during the warranty period, you are to immediately contact Gulf Stream Coach, Inc., by certified mail, return receipt requested, setting forth the service problems and asking for immediate assistance. Gulf Stream Coach, Inc. is ready, willing and able to make every effort for a quick response.