

## GulfStreamCoach, INC.
P.O. Box 1005 • Nappanee, IN 46550 • (219) 773-7761

### SUBSEQUENT OWNER WARRANTY REGISTRATION

| | | | | |
|---|---|---|---|---|
| 5/6/00 | 58-8-A-8430TM-2990 | 8430TM | 1999 | |
| DATE OF PURCHASE | GULF STREAM COACH SERIAL NO. | MODEL | YEAR | LENGTH |
| 4VZAT1799XC029963 | | SPARTAN | | 800 |
| CHASSIS SERIAL NUMBER | | CHASSIS MANUFACTURER | | MILEAGE |

**THIS PRODUCT WILL BE WARRANTED IN THE NAME OF:**

| SUBSEQUENT OWNER | DEALER |
|---|---|
| Carl & Sandy Duncan | Bernard Chevrolet |
| SUBSEQUENT OWNER'S NAME (LAST, FIRST, MIDDLE) | SELLING DEALER / DEALER NUMBER |
| 8408 Quailwood Lane | 1001 S. Milwaukee Ave |
| REGULAR MAILING ADDRESS - STREET OR P.O. BOX | REGULAR MAILING ADDRESS - STREET OR P.O. BOX |
| Pasadena   MD   21122 | Libertyville   IL   60048 |
| CITY / STATE / ZIP | CITY / STATE / ZIP |
| 410-437-7366 | 847-362-1900 |
| COUNTY / TELEPHONE (AREA CODE) | TELEPHONE (AREA CODE) |

TYPE OR PRINT ALL ENTRIES

### DEALER

I certify that the tests and inspections listed below were performed as described in the Pre-Delivery Manual. The unit described above shows no evidence of accident, misuse or neglect which would preclude issuance of a Subsequent Owner Warranty Registration by Gulf Stream Coach.

I also certify that the LP gas and 120-volt systems, the operation of all appliances and components, the coupling and uncoupling procedure and all warranties were explained and/or demonstrated to the subsequent owner. I certify that the subsequent owner was taken on a road test of the unit described above.

DEALER SIGNATURE _____    DATE 5/6/00

- ⦿ VEHICLE SERIAL NUMBER VERIFIED
- ○ ORIGINAL PURCHASE DATE VERIFIED:
- ○ OWNER'S MANUAL AND WARRANTIES
- ○ PREDELIVERY INSPECTION ACCOMPLISHED - CHECKLIST ATTACHED
- ○ 120-VOLT SYSTEM TESTED
- ○ 120-VOLT APPLIANCES TESTED
- ○ LP GAS SYSTEM TESTED
  A MANOMETER WAS INSERTED IN THE LP GAS SYSTEM AT _____ (LOCATION)
  HOLDING _____ INCHES WATER COLUMN FOR _____ MINUTES, THE PRESSURE WAS
  THEN ADJUSTED TO _____ INCHES WATER COLUMN.
- ○ LP GAS APPLIANCES BURN TESTED
- ○ BRAKE AND EXTERIOR LIGHTS TESTED

DAMAGED OR ABUSE INSPECTION. COMMENTS: _____

INTERIOR/EXTERIOR PHYSICAL CONDITION ACCEPTABLE. COMMENTS: _____

### SUBSEQUENT OWNER

I certify that the dealer (or an authorized representative) explained and/or demonstrated the LP gas and 120-volt systems, the operation of all appliances and components, the coupling and uncoupling procedure, and all warranties. I certify that I inspected this unit with the dealer (or authorized representative) and that I was taken on a road test of the unit described above and acknowledge receipt of the Gulf Stream Warranty and all appropriate owner's manuals and warranties for the appliances and components and agree to comply with their terms.

SUBSEQUENT OWNER SIGNATURE   Sandra Duncan    DATE 5/6/00

MANUFACTURER'S COPY