FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

2003 APR 24 P 3: 47

CARL DUNCAN, JR., <u>et ux</u>

                                      :     CLERK'S OFFICE

v.                                   :  Civil Action No. WMN-03-380

                                        :      Y._____DEPUTY

GULF STREAM COACH, INC.

ORDER

Before the Court is Plaintiffs' Motion For Leave to File an Amended Complaint (Paper No. 13).  Plaintiffs indicated in their motion that Defendant has consented to the amended complaint Accordingly, IT IS this 24ᵗʰ day of April, 2003, by the United States District Court for the District of Maryland, ORDERED:

1.  That Plaintiffs' Motion for Leave to File an Amended Complaint (Paper No. 13) is hereby GRANTED and the Amended Complaint is deemed filed as of the date of this Order; and

2.  That the Clerk of Court shall mail copies of this Order to all counsel of record.

/S/
_____
William M. Nickerson
Senior United States District Judge