UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| **CHAMBERS OF**<br>**SUSAN K. GAUVEY**<br>**U.S. MAGISTRATE JUDGE** | **101 WEST LOMBARD STREET**<br>**BALTIMORE, MARYLAND 21201**<br>**(410) 962-4953** |

May 16, 2003

Jeffrey N. Pritzker, Esq.
Margolis, Pritzker & Epstein, PA
405 East Joppa Road, Suite 100
Towson, MD 21286

J. Thomas Caskey, Esq.
Law Office of J. Thomas Caskey
401 Washington Avenue, Suite 204
Towson, MD 21204

    Re: Carl Duncan, Jr., et al. v. Gulf Stream Coach, Inc.
        Civil No. SKG-03-380

Dear Counsel:

    The above-entitled case has been assigned to me for further proceedings, based on your consents. A scheduling conference will be held on Wednesday, May 28, 2003, at 4:00 p.m. The conference will be by telephone and will be set up by my office unless counsel prefer to appear in person, in which case they should notify my chambers by May 23, 2003.

    I look forward to speaking with you both on the 28th.

                      Sincerely yours,

                        /s/

                      Susan K. Gauvey
                      United States Magistrate Judge

cc: Court File