CARL DUNCAN, JR., et al.
  Plaintiff

vs.

GULF STREAM COACH, INC.
  Defendant

Civil Action No. WMD-03-

*RECEIVED IN THE OFFICE OF PAUL W. GRIMM APR 28 2003 UNITED STATES MAGISTRATE JUDGE*

FILED ___ ENTERED
LODGED ___ RECEIVED

APR 17 2003

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY_____ DEPUTY

## GENERAL CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28 U.S.C. § 636(c), the parties to the above-captioned civil matter hereby voluntarily waive their rights to proceed before a United States District Judge and consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.

Gulf Stream Coach, Inc.
Name of Party

_____
Signature of Party or Counsel

2-14-03
Date

Carl Duncan, Jr., et al
Name of Party

_____
Signature of Party or Counsel

4/16/03
Date

## ORDER OF REFERENCE

IT IS HEREBY ORDERED this __23rd__ day of __April__, 20__03__, that the above-captioned matter be referred to United States Magistrate Judge _____, for all proceedings and the entry of judgment in accordance with Title 28 U.S.C. § 636(c) and the foregoing consent of the parties.

_____
United States District Judge

U.S. District Court (Rev. 2/20/2002)