### UNITED STATES DISTRICT COURT
#### DISTRICT OF MARYLAND

CHAMBERS OF
SUSAN K. GAUVEY
U.S. MAGISTRATE JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-4953

June 2, 2003

Jeffrey N. Pritzker, Esq.
Margolis, Pritzker & Epstein, PA
405 East Joppa Road, Suite 100
Towson, MD 21286

J. Thomas Caskey, Esq.
Law Office of J. Thomas Caskey
401 Washington Avenue, Suite 204
Towson, MD 21204

        Re:  Carl Duncan, Jr., et al. v. Gulf Stream Coach, Inc.
             Civil No. SKG-03-380

Dear Counsel:

        In accordance with the scheduling conference held on May 28,
2003, enclosed please find a Scheduling Order in the above case.

        As we discussed, there is a motion to dismiss pending in this
case.  Counsel advised they may wish to supplement that motion.  If
they do, the supplemental motion should be filed by June 30, 2003.
If the Court denies the motion to dismiss, both parties advised they
would like an early settlement conference and are agreeable to the
undersigned handling the conference.

        Despite the informal nature of this letter, it is an Order of
the Court and shall be docketed as such.

                        Sincerely yours,

                            /s/

                        Susan K. Gauvey
                        United States Magistrate Judge

cc:  Court File