IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| CARL DUNCAN, JR., et al. | * | |
| Plaintiffs | * | |
| v. | * | Civil Action No. WMN-03-380 |
| GULF STREAM COACH, INC. | * | |
| Defendant | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**CONSENT MOTION FOR EXTENSION OF TIME**

Now comes the Defendant, Gulf Stream Coach, Inc. ("Gulf Stream), by its attorney, J. Thomas Caskey, and moves for an extension of time in which to respond to Plaintiff's Supplemental Answer to Defendant's Motion to Dismiss or to Transfer and for reasons therefore states the following:

1. Depositions of the plaintiffs relating to the limited issues raised by the motion to dismiss or to transfer were taken on June 16, 2003.

2. Originally, Defendant expected to respond to plaintiffs' supplemental answer by June 30, 2003, and that date was set as the date by which such response would be filed.

3. Defendant is in the process of reviewing correspondence and records which may be directly relevant to the issues raised in the pending motion but request an additional ten days to complete that search and review.

4. Plaintiff's attorney has consented to this request for an extension of time.

WHEREFORE, Defendant asks this Honorable Court to extend the time for it to respond to Plaintiff's Supplemental Answer to Defendant's Motion to Dismiss or to Transfer to July 10, 2003.

    /s/_____
J. Thomas Caskey, Federal Bar No. 00576
401 Washington Avenue
Suite 204
Towson, Maryland 21204
(410)821-6353
Attorney for Defendant