IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| CARL DUNCAN, JR., et al. | * | |
| Plaintiffs | * | |
| v. | * | Civil Action No. WMN-03-380 |
| GULF STREAM COACH, INC. | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## **ORDER**

Upon consideration of Defendant's Consent Motion for Extension of Time, it is this _____ day of _____, 2003, by the United States District Court for the District of Maryland,

**ORDERED**, that Defendant's Motion be and is hereby **GRANTED** and Defendant shall have until and including July 10, 2003 to file a response to Plaintiffs' Supplemental Answer to Defendant's Motion to Dismiss or to Transfer.

_____
United States District Judge