JEFFREY N. PRITZKER

July 9, 2003

VIA E-FILING AND
BY FIRST-CLASS MAIL

The Honorable Susan K. Gauvey
U.S. Magistrate Judge
United States District Court
  For The District of Maryland
101 West Lombard Street
Baltimore, Maryland 21201

     Re:    Carl Duncan, Jr., et al v. Gulf Stream Coach, Inc.
           Case No.: SKG-03-380

Dear Judge Gauvey:

    We are sending electronically our response to the information requested in your July 1st Order. We are also forwarding you hard copies of same because we are not able to "scan in" the signature exemplars and signed Affidavits.

    Please note that Ms. Duncan's Affidavit is a "fax" copy. This is because she is at home recovering from a surgical procedure and was unable to come into the office.

    I hope that this information is sufficient response to your request, and I apologize for our inability to supply this electronically.

                             Respectfully submitted,

                                   /s/

                             Jeffrey N. Pritzker

JNP/cm
Enclosures
cc:    J. Thomas Caskey, Esquire (w/enclosures)