IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

CARL DUNCAN, JR., et ux.

    Plaintiffs

v.                              *       Civil Action No.: WMN-03-380

GULF STREAM COACH, INC.

    Defendant

                                      *

### AFFIDAVIT OF SANDRA DUNCAN

1.     SANDRA DUNCAN, am over the age of eighteen and competent to testify.

2.     The signature on the Limited Warranty Agreement and the subsequent Owner Warranty Registration card, as attached to the Defendant's Motion to Dismiss filed with this Court are not genuine and are forgeries. did not sign those documents.

3.     Attached hereto are exemplars of my signatures which pre-date the above documents. These are my genuine signatures.

    solemnly affirm under the penalties of perjury and upon personal knowledge that the contents of the foregoing Affidavit are true.

_____7/9/03_____                         _____Sandra L Duncan_____
    Date                                                 SANDRA DUNCAN

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

CARL DUNCAN, JR., et ux.

   Plaintiffs

v.                                               *   Civil Action No.: WMN-03-380

GULF STREAM COACH, INC.

   Defendant

## AFFIDAVIT OF CARL DUNCAN, JR.

I, CARL DUNCAN, JR. am over the age of eighteen and competent to testify.

2.    Attached hereto are exemplars of my signatures. Those signatures are genuine, and pre-date the Limited Warranty Agreement attached to Defendant's Motion to Dismiss.

I solemnly affirm under the penalties of perjury and upon personal knowledge that the contents of the foregoing Affidavit are true.

_7-9-03_                                  _/s/ Carl Duncan, Jr._
Date                                         CARL DUNCAN, JR.