IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

CARL DUNCAN, JR., et al.          *

    Plaintiffs                           *

v.                                           *        Civil Action No. WMN-03-380

GULF STREAM COACH, INC.           *

    Defendant                          *

* * * * * * * * * * * * * * * * * * * * * * * * *

**ADDENDUM TO DEFENDANT'S SUPPLEMENTAL
MEMORANDUM IN SUPPORT OF MOTION TO DISMISS OR TO TRANSFER**

Now comes Defendant, Gulf Stream Coach, Inc., by J. Thomas Caskey, its attorney, and files this addendum to its supplemental memorandum in support of its motion to dismiss or to transfer and states:

1.     Attached hereto as Exhibit A to this addendum is the affidavit of Charlotte Stine, the salesperson employed by Bernard Chevrolet of Libertyville, Illinois who sold to the Duncans the Gulf Stream Tourmaster recreational vehicle in question. As Ms. Stine's affidavit establishes, she signed the Duncans' names and initialed them, as an accommodation to the Duncans. This was done with the full knowledge of the Duncans and was specifically approved verbally by Sandra Duncan. This is entirely consistent with the Duncans then accepting the benefits of the warranty agreement over the next two years.

2.	The procedure followed by Ms. Stine and Bernard Chevrolet in no way constitutes fraud, but is done for the convenience and benefit of the customer. It enables the customers to get their warranty registered promptly so they do not have any problems obtaining immediate service.

Respectfully submitted,

_____
J. Thomas Caskey, Fed. Bar No. 00576
401 Washington Avenue
Suite 204
Towson, Maryland  21204
(410)821-6353
Attorney for Defendant