IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| CARL DUNCAN, JR., et al. | * | |
| Plaintiffs | * | |
| v. | * | Civil Action No. WMN-03-380 |
| GULF STREAM COACH, INC. | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## AFFIDAVIT OF CHARLOTTE STINE

I, Charlotte Stine, am over the age of eighteen (18) years, am competent to testify and have personal knowledge of the matters and facts contained herein.

1. I am employed as a sales person with Bernard Chevrolet in Libertyville, Illinois and have been so employed for the past eight (8) years, plus.

2. I was the sales person who sold to Mr. and Mrs. Carl J. Duncan, Jr. the 1999 Gulf Stream Tourmaster recreational vehicle, serial number 4VZAT1799XCO29963, purchased by them in May 2000.

3. This sale was handled by telephone and e-mail between myself in Libertyville, Illinois and primarily Sandra Duncan on behalf of the Duncans in Maryland. I signed the names of Carl Duncan and Sandra Duncan to the limited warranty agreement as an agent of the dealer. Our procedure is that unsigned warranty registrations are processed by me and copies are mailed to customers as a courtesy. Doing so expedites registration so customers do not have problems when obtaining immediate service. I initial any signature to indicate that I am signing on a customer's behalf.

4. Before signing as an agent of the dealer, the Duncans were informed that I was signing on their behalf and at that time the registration and the warranties, including the limited warranty agreement, were discussed thoroughly. Authorization was given to me verbally by Sandra Duncan to sign the limited warranty agreement on the Duncans' behalf.

5. Most sales are out of state and are handled via internet. If a customer cannot be at the dealership, it is common courtesy to assist and review terms of all warranties.

I SOLEMNLY AFFIRM, under the penalties of perjury, and upon personal knowledge that the contents of the foregoing paper are true.

_____/s/_____
Charlotte Stine

**EXHIBIT A**