UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
**DISTRICT OF MARYLAND**

**Felicia C. Cannon, Clerk**                                                         Reply to Northern Division Address

August 25, 2003

**United States District Court of Indiana**
**South Bend Division**
**102 Robert A. Grant Courthouse**
**204 S. Main Street**
**South Bend, IN 46601**

    Re:    Carl Duncan, Jr., et al. vs. Gulf Stream Coach, Inc.
               Civil Action No.: WMN 03-380

Dear Clerk:

**[X]**    **On 8/22/03, an Order was filed transferring the above-captioned case to your Court. Enclosed is a certified copy of the Order and docket entries. Also enclosed are all the original papers on file.**

[ ]    On, an Order was filed accepting jurisdiction by your court in this case. Enclosed are certified copies of the Transfer of Jurisdiction (Prob 22), Indictment, Judgment and Commitment, and docket entries.

[ ]    Consent of the Defendant and approval of the United States Attorney having been received, this matter is being transmitted to your Court pursuant to Fed. R. Crim. P. 20(a). Enclosed are all the original papers on file.

Kindly acknowledge receipt of the enclosed on the duplicate copy of this letter and indicate the case number assigned in your District in the area provided below.

**Documents 8 through 28 were filed electronically. Your login type is: "inUSDC" and your password is " USDCin". Once you have retrieved our case information for the transfer case, please e-mail or contact the Docket Clerk "Evaleen_Gibbons/MDD/04/USCourts@USCourts".**

    Thank you for your cooperation and courtesy in this matter.

                                              Sincerely,

                                              Felicia C. Cannon, Clerk
                             By:    /s/
                                              Evaleen Gibbons
                                              Deputy Clerk

Enclosure

Northern Division • 4415 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201• 410-962-2600
Southern Division • 240 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

Visit the U.S. District Court's Web Site at www.mdd.uscourts.gov

August 25, 2003
Page 2

Received by: _____
Date: _____
New Case No.: _____          Letter Transferring Case (Rev. 02/26/2002)